PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Thomas Deshaun Jones</u>  Case Number: <u>3:09-00168</u>

Name of Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>December 1, 2010</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1) Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>40 months' custody and 3 years supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>December 3, 2012</u>

Assistant U.S. Attorney: <u>None Assigned</u>  Defense Attorney: <u>Patrick G. Frogge</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 12th day of Feb., 2013,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____ for
Joshua Smith
U.S. Probation Officer

Place  Nashville, Tennessee

Date  February 11, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>   <u>Nature of Noncompliance</u>

1.   **<u>The defendant shall not commit another federal, state or local crime.</u>**

   On January 25, 2013, Mr. Jones was arrested by the Metro Nashville Police Department and charged with Driving Under the Influence and Implied Consent. According to the affidavit, which has been attached for Your Honor's review, he had been driving erratically and was slow to respond to questions. He was also unsteady on his feet. Mr. Jones was not able to perform the standard field sobriety test and refused to submit to a Breathalyzer.

   On January 30, when the probation officer questioned him about his alcohol consumption the night of his arrest, Mr. Jones admitted to consuming one mixed drink containing vodka and one beer, but he denied being "drunk."

**<u>Compliance with Supervision Conditions and Prior Interventions</u>:**

Mr. Jones began supervised release on December 3, 2012. He is scheduled to terminate supervised release on December 2, 2015. Since starting supervision, he has maintained full time employment at Bandt Consulting. As a result of the recent arrest, he has been verbally reprimanded and will be referred for a substance abuse treatment assessment. His next court date for these charges is March 19, 2013.

**<u>U.S. Probation Officer Recommendation:</u>**

It is recommended that Mr. Jones be continued on supervised release so that these charges may be addressed in the local court. If Mr. Jones is convicted of these offenses, or any other charges, the Court will be promptly notified.

The U. S. Attorney's Office had been notified of these charges and concur with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer

PROSECUTOR: Bradley A Nave
DEFENDANT: Thomas Deshaun Jones
VICTIM:

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
**DRIVING UNDER THE INFLUENCE
OF AN INTOXICANT
T.C.A. 55-10-401
1st Offense**

Personally appeared before me, the undersigned, [Select one] _X_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] _X_ he ___ she [Select one] ___ personally observed _X_ has probable cause to believe that the defendant named above on 01/25/2013 in Davidson County, did unlawfully drive or was in physical control of any automobile or other motor driven vehicle while under the influence of any intoxicant, marijuana, narcotic drug, or drug producing stimulating effects on the central nervous system and that *the probable cause is as follows*:

Off. Cantrell noticed a vehicle squealing tires in a parking lot and onto Main Street before driving over a curb and sidewalk back into the parking lot. Off. Cantrell conducted a traffic stop and spoke with the driver, Mr. Jones. Mr. Jones was slow to respond to questions and unsteady on his feet. Off. Cantrell asked Mr. Jones for his social security number to run a computer check. Mr. Jones gave several extra numbers and required several attempts to provide the correct number. I responded to investigate Mr. Jones for DUI. Mr. Jones stated he had consumed one or two beers. I asked Mr. Jones to perform SFST. He was not able to perform the walk and turn or one leg stand because of an old gunshot injury. I did observe several indicators of impairment during HGN, Romberg, and finger to nose. I took custody of Mr. Jones and read the implied consent law to him. He stated he understood, but wanted to refuse the test.

ESignature

Prosecutor: Bradley A Nave  0000010094
200 James Robertson Parkway
Nashville, Tennessee 37201

**ARREST WARRANT**

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense
of Driving Under the Influence A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 01/26/2013 01:44:01 .

Thomas Edward Nelson
**Judge of the Metropolitan General Sessions Court/Commissioner**

sxn1134COMPLAINT NUMBER: 2013-0078066       WARRANT
NUMBER: GS618052

PROSECUTOR: Bradley A Nave
DEFENDANT: Thomas Deshaun Jones
VICTIM:

STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
**IMPLIED CONSENT**
T.C.A. 55-10-406
Civil

Personally appeared before me, the undersigned, [Select one] _X_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] _X_ he ___ she [Select one] _X_ personally observed ___ has probable cause to believe that the defendant named above on 01/25/2013 in Davidson County, after having been placed under arrest and thereafter having been requested by a law enforcement officer to submit to a test for purpose of determining the alcoholic or drug content of that person's blood and advised of the consequences for refusing to do so, did refuse to submit to the test and *the probable cause is as follows*:

Off. Cantrell noticed a vehicle squealing tires in a parking lot and onto Main Street before driving over a curb and sidewalk back into the parking lot. Off. Cantrell conducted a traffic stop and spoke with the driver, Mr. Jones. Mr. Jones was slow to respond to questions and unsteady on his feet. Off. Cantrell asked Mr. Jones for his social security number to run a computer check. Mr. Jones gave several extra numbers and required several attempts to provide the correct number. I responded to investigate Mr. Jones for DUI. Mr. Jones stated he had consumed one or two beers. I asked Mr. Jones to perform SFST. He was not able to perform the walk and turn or one leg stand because of an old gunshot injury. I did observe several indicators of impairment during HGN, Romberg, and finger to nose. I took custody of Mr. Jones and read the implied consent law to him. He stated he understood, but wanted to refuse the test.
ESignature

Prosecutor: Bradley A Nave  0000010094
200 James Robertson Parkway
Nashville, Tennessee 37201

ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense
of Implied Consent - Civil , as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 01/26/2013 01:43:17 .

Thomas Edward Nelson
**Judge of the Metropolitan General Sessions Court/Commissioner**
sxn11341 of 1 pages