PROB 12A
(REVISED 5/2011)

# United States District Court
for
# Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Thomas Deshaun Jones          Case Number: 3:09-00168

Name of Judicial Officer: The Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: December 1, 2010

Original Offense: 18 U.S.C. § 922 (g)(1), Convicted Felon in Possession of a Firearm

Original Sentence: 40 months custody and 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: December 3, 2012

Assistant U.S. Attorney: None Assigned          Defense Attorney: Patrick G. Frogge

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 10th day of Oct., 2013, and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date    October 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **The defendant shall not commit another federal, state or local crime.**

    On January 25, 2013, Mr. Jones was arrested by Metropolitan Nashville Police Department and charged with Driving Under the Influence and Implied Consent. According to the Affidavit, he had been driving erratically and was slow to respond to questions. He was also unsteady on his feet. Mr. Jones was not able to perform the standard field sobriety test and refused to submit to a Breathalyzer. On September 3, 2013, Mr. Jones was convicted of Reckless Endangerment and sentenced to probation for 11 months and 29 days. He was also convicted of Implied Consent and sentenced to the loss of his license for one year. He was ordered to pay a total of $800.50 in court costs and fines. His next court date is scheduled for August 20, 2014, to review the case.

    On January 30, 2013, when the probation officer questioned him about his alcohol consumption the night of his arrest, Mr. Jones admitted to consuming one mixed drink containing vodka and one beer, but he denied being "drunk."

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Jones began supervised release on December 3, 2012. He is scheduled to terminate supervised release on December 2, 2015. He has maintained full time employment at Bandt Consulting. He was referred for a substance abuse assessment in January 2013. The substance abuse assessment was completed in March 2013 and treatment was recommended. He has remained in substance abuse treatment since that time.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Jones be continued on supervised release at this time.

The U. S. Attorney's Office had been notified.

Approved: _____
W. Burton Putman
Supervising U.S. Probation Officer